UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL PORZIO | CASE NO. 17-50418 |
| Debtor. | September 11, 2017 |

**OBJECTION TO CONFIRMATION**

Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR2 ("Movant"), a secured creditor in the above bankruptcy case on property located at 12 Winslow Rd, Weston, CT 06883 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Debtor's Plan underestimates the estimated prepetition arrearage amount of $630,117.04 owed to Creditor for the Property.

2. Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

3. Debtor states he will make $300.00 per month payments to the Trustee for 60 months but does not provide for any creditor payments from this payment plan. While the property is listed in Schedule A, Schedule D does not list the creditor nor the debt owed. Schedule A lists properties with amounts due over $4,500,000.00 with the property listed as

Valued at $900,000.00. However, no creditors are listed in Schedule D or in the plan.

4. Schedule J does not show any ongoing monthly expenses for mortgages but does list $600.00 monthly home maintenance repair and upkeep. By failing to list mortgage payments on schedule J for this or the other two properties listed in schedule A, the monthly net income is inaccurate and therefore the Plan may be infeasible.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                Deutsche Bank National Trust Company,
                as trustee, on behalf of the holders of the
                WaMu Mortgage Pass-Through
                Certificates, Series 2005-AR2

By:       /s/*Linda St. Pierre*
            Linda St. Pierre
            McCalla Raymer Leibert Pierce, LLC
            50 Weston Street
            Hartford, CT 06120
            Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

In Re:   Michael Porzio                              Bankruptcy Case:   17-50418

                                                     Chapter:   13

## CERTIFICATION

    I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this eleventh day of September, 2017 to:

Michael Porzio
2 Angora Road
Westport, CT 06880

Roberta Napolitano              *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee                   *(served via ECF Notification)*
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510


Dated: September 11, 2017       By:   *Linda St. Pierre*
                                      Linda St. Pierre, Esq.
                                      McCalla Raymer Leibert Pierce, LLC
                                      50 Weston Street
                                      Hartford, CT 06120
                                      (860) 808-0606