# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 14, 2017

In re:
Michael Porzio
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–2777
Debtor

Case Number: 17–50418 jam
Chapter: 13

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **September 26, 2017** at **11:00 AM** to consider and act upon the following matter(s):

> **Motion for Relief from Stay, In Rem Order and Related Equitable Relief regarding 11 Bulkley Avenue North, Westport, CT 06880 Filed by Linda St. Pierre on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset–Backed Pass–Through Certificates, Series 2005–QA10, Creditor. (Re: Doc #51)**

**CERTIFICATE OF SERVICE DUE:** September 19, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: September 14, 2017

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court